In the Matter of the Claim of MARGARET T. NOLAN and Another, Respondents, against M. H. TREADWELL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and matter remitted to the State Industrial Board for the purpose of taking proof as to whether or not the mortgage is due, and if not due whether or not the mortgagee will accept present payment. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of DOMENICO PUSTERIO, Respondent, against STAR SHOE CASE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Hinman, Acting P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents on the ground that there was no opportunity for the employer and the insurance carrier to controvert the testimony of one hundred per cent loss of use of the hand.

In the Matter of the Claim of ANNA SIMPKINS, Respondent, against PAUL STEFFEN, JR., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Davis, Hill and Hasbrouck, JJ., concur; Hinman, Acting P. J., and Whitmyer, J., dissent and vote for reversal as to the insurance carrier, on the ground that the policy did not cover the premises in connection with which the accident occurred.

In the Matter of the Claim of ELEAZER TWITCHELL, Respondent, against WAGNER PRODUCTIONS, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the injury did not arise out of and in the course of the employment. Hinman, Acting P. J., Davis and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., dissent and vote for affirmance of the award on the authority of *Matter of Griffin* v. *Becker Roofing Co.* (249 N. Y. 523).

In the Matter of the Claim of CHRISTIAN TEUFEL, Respondent, against LIDO CLUB HOTEL, INC., and Another, Appellants. AMERICAN EMPLOYERS INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the respondent American Employers Insurance Company, insurance carrier, against the appellant Massachusetts Bonding and Insurance Company, insurance carrier. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LOREN D. WOODWARD, Respondent, v. JOHN M. WEEKES, Appellant.— Order reversed, on the facts, with ten dollars costs and disbursements of this appeal, on the authority of *Baldwin* v. *Yellow Taxi Corporation* (221 App. Div. 717) and motion to open default granted on payment of the costs and disbursements taxed in the judgment, and of this appeal, within twenty days; the judgment heretofore entered to stand as security for any judgment which plaintiff may recover in the action. Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

* Affd.. 254 N. Y. —.